UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
SECURITY INDEMNITY INSURANCE         :    NOT FOR PUBLICATION
COMPANY, INC., and SPECIALTY         :
INSURANCE AGENCY,                    :    ORDER
                                     :
         Plaintiffs,                 :
                                     :
   -against-                         :
                                     :    00-CV-6537 (CBA)
PERRY & PERRY SERVICES, LTD.,        :
MITCHELL O. PERRY, SOL E. PERRY,     :
SAMMY INTERNATIONAL BROKERAGE,       :
INC., a/k/a S.I.B., SAMY KHALIL,     :
and SONNY KHALIL,                    :
                                     :
         Defendants.                 :
                                     :
------------------------------------x
AMON, UNITED STATES DISTRICT JUDGE:

A status conference was held by telephone on November 13, 2003 at 11:30 a.m. Plaintiffs advised the Court that as of June 27, 2003, the plaintiff was in rehabilitation, and that the rehabilitator was in the process of determining whether to proceed on this claim. Plaintiffs requested a thirty (30) day extension of time so that the rehabilitator could decide whether to reopen the action. Defendants did not object. The Court, therefore, grants plaintiffs' application. Plaintiffs are to advise the Court within thirty (30) days as to whether the rehabilitator will proceed on this case.

   SO ORDERED.

Dated:   Brooklyn, New York
         November 13, 2003

                                       Carol Bagley Amon
                                       United States District Judge