UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
SECURITY INSURANCE COMPANY, INC.
and SPECIALTY INSURANCE AGENCY,

          Plaintiffs,

  -against-

PERRY & PERRY SERVICES, LTD.,
MITCHELL O. PERRY, SOL E. PERRY,
SAMMY INTERNATIONAL BROKERAGE,
INC., a/k/a S.I.B., SAMY KHALIL,
and SONNY KHALIL,

          Defendants.
------------------------------------x

NOT FOR PUBLICATION
ORDER

00-CV-6537 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 9 2004 ★
BROOKLYN OFFICE

AMON, UNITED STATES DISTRICT JUDGE:

    On November 13, 2003, this Court issued an order granting plaintiffs a thirty (30) day extension of time in which to advise the Court whether the rehabilitator wishes proceed on this case. On December 18, 2003, the Perry defendants wrote a letter to this Court, indicating that the thirty (30) days had passed and requesting that this Court close the case and dismiss the remaining claims. Plaintiffs have failed to notify this Court of any intention to proceed on the matter or to request an additional extension of time. It is apparent they have abandoned the prosecution of this action.
    Accordingly, the action is dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). The Clerk of the Court is directed to close the case.

    SO ORDERED.

Dated:    Brooklyn, New York
           January __, 2004

                                          /S/
                                  Carol Bagley Amon
                                  United States District Judge