UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITY INSURANCE COMPANY, INC.,
and SPECIALITY INSURANCE AGENCY,

        Plaintiffs,

-against-

PERRY & PERRY SERVICES, LTD.,
MITCHELL O. PERRY, SOL E. PERRY,
SAMMY INTERNATIONAL BROKERAGE,
INC., a/k/a S.I.B., SAMY KHALIL,
and SONNY KHALIL,

        Defendants.
-----------------------------------------------------------------X

JUDGMENT
00-CV-6537 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 1 4 2004 ★
BROOKLYN OFFICE

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on January 9, 2004, dismissing the case, for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b); it is

      ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; and that judgment is hereby entered dismissing the case, for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).

Dated: Brooklyn, New York
      January 09, 2004

                                          ROBERT C. HEINEMANN
                                          Clerk of Court